# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MARK CAPKOVIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-1129 CAS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Nannette A. Baker, filed August 30, 2013. See 28 U.S.C. § 636(b). The Magistrate Judge recommended that the decision of the Commissioner denying plaintiff's application for a closed period of supplemental security income benefits under Title XVI of the Social Security Act and for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401, et seq., be affirmed. Neither party has filed an objection to the recommendation and the time to do so has passed.

After careful review of the matter, the Court concurs with the recommendation of the Magistrate Judge for the reasons set forth in the thorough and well-reasoned Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **sustained, adopted** and **incorporated** herein.  [Doc. 25]

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying plaintiff's application for a closed period of supplemental security income benefits under Title XVI of the Social Security Act and for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401, et seq., is **AFFIRMED**.

An appropriate judgment will accompany this order.

  
  /s/ Charles A. Shaw  
**CHARLES A. SHAW**  
**UNITED STATES DISTRICT JUDGE**

Dated this   19th   day of September, 2013.